1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  HEIGHT STREET SKILLED CARE,                Case No.  1:21-cv-01247-JLT-BAK (BAM)
    LLC,
12                                             **ORDER REGARDING STIPULATION**
                      Plaintiff,               **FOR FILING OF FIRST AMENDED**
13                                             **COMPLAINT BY PLAINTIFF HEIGHT**
           v.                                  **STREET SKILLED CARE, LLC**
14                                             **PURSUANT TO FED. R. CIV. PROC.**
    LIBERTY MUTUAL INSURANCE                   **15(a)(2)**
15  COMPANY, et al.,
                                               (Doc. 24)
16                    Defendants.

17

18        On July 8, 2022, Plaintiff Height Street Skilled Care, LLC, and Defendant Liberty Mutual

19  Insurance Company filed a stipulation to allow Plaintiff to file the proposed first amended

20  complaint (attached as Exhibit A to the stipulation).  (Doc. 24.)  Plaintiff desires to add an

21  additional defendant, West American Insurance Company, and allegations concerning an alleged

22  relationship between Defendant Liberty Mutual Insurance Company and West American

23  Insurance Company.  The parties agree that Defendant Liberty Mutual Insurance Company will

24  have thirty (30) days from service of the first amended complaint upon it to file its responsive

25  pleading.  (*Id.*)

26        Having considered the parties' stipulation, and cause appearing, IT IS HEREBY

27  ORDERED as follows:

28        1.   Plaintiff's request to file the proposed first amended complaint is GRANTED;

                                            1

2. Within **five (5) days** of the date of this order, Plaintiff shall file its first amended complaint on the docket;

3. Plaintiff shall obtain a summons for newly added defendant West American Insurance Company and effectuate service on this defendant; and

4. Defendant Liberty Mutual Insurance Company, LLC shall have thirty (30) days from the filing and service of the first amended complaint upon it to file its responsive pleading.

IT IS SO ORDERED.

Dated:   **July 11, 2022**                   /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

2