1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HEIGHT STREET SKILLED CARE,              Case No.  1:21-cv-01247-JLT-BAK (BAM)
     LLC,
12                                            **ORDER ADOPTING STIPULATION**
                   Plaintiff,                 **REGARDING RESPONSE TO**
13                                            **COMPLAINT**
            v.
14                                            (Doc. 32)
     LIBERTY MUTUAL INSURANCE
15   COMPANY, et al.,

16                 Defendants.

17

18          On July 28, 2022, Plaintiff Height Street Skilled Care, LLC, and Defendants Liberty

19   Mutual Insurance Company and West American Insurance Company filed a stipulation to allow

20   Defendants up to and including August 18, 2022, to serve and file their response to Plaintiff's

21   first amended complaint.  (Doc. 32.)  The parties' stipulation is ADOPTED.  Defendants shall

22   serve and file their response to Plaintiff's first amended complaint on or before August 18, 2022.

23
     IT IS SO ORDERED.
24

25      Dated:   **July 29, 2022**                  /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28
                                                1