UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIGHT STREET SKILLED CARE, LLC., <br><br>  Plaintiff, <br><br>  v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, et al., <br><br>  Defendants. | Case No. 1:21-cv-01247-JLT-CDB <br><br> ORDER ON STIPULATION MODIFYING CASE MANAGEMENT DATES <br><br> (Doc. 57) |

Plaintiff initiated this action with the filing of a complaint against Defendants in state court. Defendant Liberty Mutual Insurance Company removed the action to this court on August 16, 2021. (Doc. 1). On November 1, 2023, the Court entered the operative scheduling order setting forth all discovery, motion and trial dates. (Doc. 53).

Pending before the Court is the parties' first stipulated request to amend the scheduling order. (Doc. 57). The stipulated request sets out that the parties have diligently conducted discovery, but numerous depositions and discovery disputes remain. In addition, the parties are actively considering the benefits of a settlement conference and would benefit from additional time to facilitate their decision. *Id*. Finally, the parties note that the requested extensions would not impact the presently scheduled dispositive motion filing and trial dates.

The Court finds good cause to grant the requested extensions with three caveats. First, as

the Court expressed during the recent mid-discovery status conference (Doc. 56), because the parties' request for relief is due in part to their anticipation of discovery disputes, they are directed to pursue the Court's informal discovery dispute resolution procedures and to timely present unresolved discovery disputes before the close of non-expert discovery.  Second, the parties are directed to efficiently manage both discovery and their desire to pursue settlement options within the expanded timeframe for discovery granted herein.  Finally, the parties are directed to review the scheduling order which, among other things, sets forth that stipulations seeking extensions of case management dates must be accompanied by affidavits or declarations establishing good cause for granting the relief requested. (Doc. 53 at 7-8).  No further requests for modification of case management dates will be considered by the Court unless the parties comply with this provision.

**Conclusion and Order**

For the forgoing reasons and for good cause appearing, the scheduling order (Doc. 53) is modified to the extent of establishing new deadlines as follows:

1. Fact Discovery Cut-Off is extended from June 28, 2024, to **November 8, 2024**.
2. Expert Disclosures are extended from July 12, 2024, to **September 27, 2024**.
3. Rebuttal Expert Disclosures are extended from August 12, 2024, to **October 18, 2024**.
4. Expert Discovery Cut-Off is extended from September 9, 2024, to **November 8, 2024**.
5. Non-Dispositive Motion filing deadline is extended from September 20, 2024, to **October 18, 2024**.
6. Non-Dispositive Motion hearing deadline is extended from October 18, 2024, to **November 15, 2024**.

IT IS SO ORDERED.

Dated:   **March 26, 2024**                           _____
                                                     UNITED STATES MAGISTRATE JUDGE

2